UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TAMMY J. SCUDDER, )<br>)<br>Defendant. ) | CAUSE NO. 1:22-cr-00130-TWP-MJD |

## ORDER

This matter is before the Court on the unopposed motion of the United States to continue the change of plea and sentencing hearing scheduled for February 7, 2023. Upon consideration of the same, the Court grants the Government's Motion.

IT IS THEREFORE ORDERED that the hearing scheduled for February 7, 2023 at 9:00 a.m. is CONTINUED to <u>March 17, 2023 at 9:00 a.m.</u> in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana.

Date: 1/23/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.